UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.S., | Case No. CV 10-02753 AHM (FFMx) |
| Plaintiff, | **FINAL JUDGMENT** |
| v. | |
| CORONA-NORCO UNIFIED SCHOOL DISTRICT, a public entity, | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

On the sole issue presented to this Court as a result of the deferral ruling of the Office of Administrative Hearings of the State of California, Plaintiff, as the prevailing party, is entitled to the recovery of $1,625.00 in attorneys' fees attributable to the work of Peter Collison, and to no other amount resulting from paralegal fees. Plaintiff may also recover whatever costs are awarded by the Clerk. Pursuant to this Judgment, the case is hereby DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: February 24, 2011

_____
A. Howard Matz
United States District Judge

**JS-6**